UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Capital Area Immigrants' Rights Coalition, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:19-cv-02117-RDM <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance on behalf of the Defendants. This appearance is made without waiver to service (which to the best of undersigned counsel's knowledge has not yet been perfected), venue, or personal and subject matter jurisdiction.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

Dated: July 17, 2019                                 *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: */s/ Erez Reuveni*
> EREZ REUVENI
> Assistant Director
> United States Department of Justice
> Civil Division