# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>       Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       Defendants. | Civil Action No. 1:19-cv-02117-RDM |

## CERTIFICATE OF SERVICE

  I hereby certify that on July 17, 2019, I electronically filed Plaintiffs' Response to Order to Show Cause, Dkt. 7, with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

July 17, 2019

Respectfully submitted,

**HOGAN LOVELLS US LLP**

/s/ Justin W. Bernick

| | |
|---|---|
| Manoj Govindaiah<br>RAICES, Inc.<br>802 Kentucky Ave.<br>San Antonio, TX 78201<br>Telephone: (210) 222-09642<br>Facsimile: (210) 212-4856<br>manoj.govindaiah@raicestexas.org<br><br>*Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.* | Neal K. Katyal (Bar No. 462071)<br>T. Clark Weymouth (Bar No. 391833)<br>Craig A. Hoover (Bar No. 386918)<br>Justin W. Bernick (Bar No. 988245)<br>Mitchell P. Reich (Bar No. 1044671)<br>Elizabeth Hagerty (Bar No. 1022774)<br>Kaitlin Welborn (Bar No. 88187724)<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |

Adina Appelbaum* (Bar No. 1026331)
CAPITAL AREA IMMIGRANTS'
RIGHTS COALITION
1612 K Street NW, Suite 204
Washington, DC 20006
Telephone: (202) 899-1412
Facsimile: (202) 331-3341
adina@caircoalition.org

*Pro hac vice application forthcoming*

*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*

neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com

Thomas P. Schmidt*
Mohan Warusha Hennadige*
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com
mohan.warusha-hennadige@hoganlovells.com

*\* Motion for admission and pro hac vice application pending admission forthcoming*

*Counsel for Plaintiffs*