AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Capital Area Immigrants' Rights Coalition, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-02117 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capital Area Immigrants' Rights Coalition; Refugee and Immigrant Center for Education and Legal Services   .

Date:   07/18/2019

/s/ Elizabeth Hagerty
*Attorney's signature*

Elizabeth Hagerty (Bar No. 1022774)
*Printed name and bar number*
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004

*Address*

elizabeth.hagerty@hoganlovells.com
*E-mail address*

(202) 637-3231
*Telephone number*

(202) 637-5910
*FAX number*