Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS
COALITION, ET AL.

    Plaintiff

vs.

DONALD J. TRUMP, ET AL.

    Defendant

Civil No. 19-2117 (CRC)

Category D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 07/18/2019 from Judge Randolph D. Moss to Judge Christopher R. Cooper by direction of the Calendar Committee.

(Case Not Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge Randolph D. Moss & Courtroom Deputy
Judge Christopher R. Cooper & Courtroom Deputy
Liaison, Calendar and Case Management Committee