Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS
COALITION, ET AL.

    Plaintiff

vs.

DONALD J. TRUMP, ET AL.

    Defendant

Civil No.   19-2117   (TJK)

Category   D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  07/18/2019  from  Judge Christopher R. Cooper

to  Judge Timothy J. Kelly  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Christopher R. Cooper  & Courtroom Deputy
    Judge Timothy J. Kelly  & Courtroom Deputy
Liaison, Calendar and Case Management Committee