**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| Capital Area Immigrants' Rights Coalition, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:19-cv-02117-RDM |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of the Defendants. This appearance is made without waiver to service (which to the best of undersigned counsel's knowledge has not yet been perfected), venue, or personal and subject matter jurisdiction.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

  By: /s/ *Scott G. Stewart*
    SCOTT G. STEWART
    Deputy Assistant Attorney General
    U.S. Department of Justice, Civil Division
    950 Pennsylvania Avenue, NW
    Washington, DC 20530
    Tel. (202) 307-6482
    scott.g.stewart@usdoj.gov

Dated: July 19, 2019        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                        By: /s/ Scott G. Stewart
                                        SCOTT G. STEWART
                                        Deputy Assistant Attorney General
                                        U.S. Department of Justice, Civil Division