**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**Capital Area Immigrants' Rights Coalition, et al.**

**Plaintiff(s)**

*vs.*   Case No.: 1:19-cv-02117

**Donald J. Trump, in his official capacity as President of the United States, et al.**

**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Henry J. Valladares Cruz, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action; Plaintiffs' Certificate of Counsel Regarding Compliance with Local Rule 65.1; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Notice of Right to Consent to Trial Before a United States Magistrate Judge, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/19/2019 at 1:02 PM, I served Jessie K. Liu, United States Attorney's Office with the Summons in a Civil Action; Plaintiffs' Certificate of Counsel Regarding Compliance with Local Rule 65.1; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Proposed Temporary Restraining Order; Notice of Right to Consent to Trial Before a United States Magistrate Judge, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; and Complaint for Declaratory and Injunctive Relief at 501 3rd Street, NW, Washington, DC 20001 by serving Reginald Rowan, Paralegal, authorized to accept service.

Reginald Rowan is described herein as:

Gender: Male   Race/Skin: Black   Age: 48   Weight: 220   Height: 6'1"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

7/19/19
Executed On

Henry J. Valladares Cruz

Client Ref Number: N/A
Job #: 1565074

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-02117-RDM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing Affidavit of Service with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

July 19, 2019                                              Respectfully submitted,

**HOGAN LOVELLS US LLP**

/s/ Elizabeth Hagerty

Manoj Govindaiah                               Neal K. Katyal (Bar No. 462071)
RAICES, Inc.                                        T. Clark Weymouth (Bar No. 391833)
802 Kentucky Ave.                              Craig A. Hoover (Bar No. 386918)
San Antonio, TX 78201                       Justin W. Bernick (Bar No. 988245)
Telephone: (210) 222-09642              Mitchell P. Reich (Bar No. 1044671)
Facsimile: (210) 212-4856                  Elizabeth Hagerty (Bar No. 1022774)
manoj.govindaiah@raicestexas.org    Kaitlin Welborn (Bar No. 88187724)
                                                              555 Thirteenth Street NW
*Counsel for Plaintiff Refugee and Immigrant*    Washington, DC 20004
*Center for Education and Legal Services, Inc.*    Telephone: (202) 637-5600
                                                              Facsimile: (202) 637-5910

1

Adina Appelbaum* (Bar No. 1026331)
CAPITAL AREA IMMIGRANTS'
RIGHTS COALITION
1612 K Street NW, Suite 204
Washington, DC 20006
Telephone: (202) 899-1412
Facsimile: (202) 331-3341
adina@caircoalition.org

*Pro hac vice application forthcoming*

*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*

neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com

Thomas P. Schmidt*
Mohan Warusha Hennadige*
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com
mohan.warusha-hennadige@hoganlovells.com

*\* Motion for admission and pro hac vice application pending admission forthcoming*

*Counsel for Plaintiffs*

2