CO-386
10/2018

# United States District Court
# For the District of Columbia

Capital Area Immigrants' Rights )
Coalition, et al. )
)
)
                      Plaintiff )
vs )  Civil Action No. 1:19-cv-02117-TJK
Donald J. Trump, in his official capacity as )
President of the United States, et al. )
)
)
                      Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **Plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Capital Area Immigrants' Rights Coalition** which have any outstanding securities in the hands of the public:

None. There is no parent corporation or publicly held corporation that owns any stock in Capital Area Immigrants' Rights Coalition.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature]*
Signature

Bar No. 1022774
BAR IDENTIFICATION NO.

Elizabeth Hagerty
Print Name

555 Thirteenth Street NW
Address

Washington, DC 20004
City        State        Zip Code

202-637-3231
Phone Number

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 1:19-cv-02117-RDM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing Certificate under Rule LCvR 26.1 with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

July 19, 2019

Respectfully submitted,

**HOGAN LOVELLS US LLP**

/s/ Elizabeth Hagerty

| | |
|---|---|
| Manoj Govindaiah<br>RAICES, Inc.<br>802 Kentucky Ave.<br>San Antonio, TX 78201<br>Telephone: (210) 222-09642<br>Facsimile: (210) 212-4856<br>manoj.govindaiah@raicestexas.org<br><br>*Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.* | Neal K. Katyal (Bar No. 462071)<br>T. Clark Weymouth (Bar No. 391833)<br>Craig A. Hoover (Bar No. 386918)<br>Justin W. Bernick (Bar No. 988245)<br>Mitchell P. Reich (Bar No. 1044671)<br>Elizabeth Hagerty (Bar No. 1022774)<br>Kaitlin Welborn (Bar No. 88187724)<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |

1

Adina Appelbaum* (Bar No. 1026331)
CAPITAL AREA IMMIGRANTS'
RIGHTS COALITION
1612 K Street NW, Suite 204
Washington, DC 20006
Telephone: (202) 899-1412
Facsimile: (202) 331-3341
adina@caircoalition.org

*Pro hac vice application forthcoming*

*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*

neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com

Thomas P. Schmidt*
Mohan Warusha Hennadige*
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com
mohan.warusha-hennadige@hoganlovells.com

*\* Motion for admission and pro hac vice application pending admission forthcoming*

*Counsel for Plaintiffs*