UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Capital Area Immigrants' Rights Coalition, *et al.*, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-02117-TJK |

**NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

Defendants, by and through undersigned counsel, today served on Plaintiffs the administrative record for purposes of this lawsuit. That record, certified by relevant officials at the Departments of Justice and Homeland Security, contains all materials—to the best of the certifiers' knowledge, information, and belief—considered by the Departments in promulgating the interim final rule titled "Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019). Defendants have served the record via email, and are sending a copy separately via U.S. mail. Defendants will also provide the court with a paper copy of the record, and are filing the record electronically.

Defendants also respectfully note that they reserve the right to supplement the record if they identify additional materials that were part of the record subsequent to this filing. The interim final rule is premised on significant factual material contained in myriad documents held between two agencies and their subcomponents. Complex coordination between these agencies is required to produce a full and complete record.  In in order to facilitate effective review of plaintiffs'

motion, the Departments have been working diligently to compile the administrative record since before this Court's scheduling order (Minute Order, July 18, 2019, 5:51 P.M.), but given the extremely truncated time in which the Defendants have worked to produce a record, it remains possible that supplementation may be warranted.

                                            Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            SCOTT G. STEWART
                                            Deputy Assistant Attorney General

                                            WILLIAM C. PEACHEY
                                            Director

                                   By: /s/ *Erez Reuveni*
                                            EREZ REUVENI
                                            Assistant Director
                                            Office of Immigration Litigation
                                            U.S. Department of Justice, Civil Division
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
                                            Tel: (202) 307-4293
                                            Email: Erez.R.Reuveni@usdoj.gov

                                            PATRICK GLEN
                                            Senior Litigation Counsel

Dated: July 20, 2019                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    United States Department of Justice
    Civil Division