# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Capital Area Immigrants' Rights Coalition, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## NOTICE OF APPEARANCE

Please take notice that Kaitlin Welborn of Hogan Lovells US LLP hereby enters an appearance as counsel for Plaintiffs.

                                                            Respectfully Submitted,

Date:   July 22, 2019                      /s/ *Kaitlin Welborn*
                                                            Kaitlin Welborn (DC Bar # 88187724)
                                                            HOGAN LOVELLS US LLP
                                                            555 Thirteenth Street, NW
                                                            Washington, DC 20004
                                                            Telephone: (202) 637-5600
                                                            Facsimile: (202) 637-5910
                                                            kaitlin.welborn@hoganlovells.com

                                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 22, 2019, this Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Date:  July 22, 2019 | /s/ *Kaitlin Welborn* <br> Kaitlin Welborn (DC Bar # 88187724) <br> HOGAN LOVELLS US LLP <br> 555 Thirteenth Street, NW <br> Washington, DC 20004 <br> Telephone: (202) 637-5600 <br> Facsimile: (202) 637-5910 <br> kaitlin.welborn@hoganlovells.com <br><br> *Attorney for Plaintiffs* |