## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Capital Area Immigrants' Rights Coalition, *et al.*,<br><br>       Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## NOTICE OF APPEARANCE

Please take notice that T. Clark Weymouth of Hogan Lovells US LLP hereby enters an appearance as counsel for Plaintiffs.

                   Respectfully Submitted,

Date: July 22, 2019        /s/ *T. Clark Weymouth*
                   T. Clark Weymouth (DC Bar # 391833)
                   HOGAN LOVELLS US LLP
                   555 Thirteenth Street, NW
                   Washington, DC 20004
                   Telephone: (202) 637-5600
                   Facsimile: (202) 637-5910
                   t.weymouth@hoganlovells.com

                   *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2019, this Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Date:  July 22, 2019                                 /s/ *T. Clark Weymouth*
                                                                T. Clark Weymouth (DC Bar # 391833)
                                                                HOGAN LOVELLS US LLP
                                                                555 Thirteenth Street, NW
                                                                Washington, DC 20004
                                                                Telephone: (202) 637-5600
                                                                Facsimile: (202) 637-5910
                                                                t.weymouth@hoganlovells.com

                                                                *Attorney for Plaintiffs*