## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Capital Area Immigrants' Rights Coalition, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## **NOTICE OF APPEARANCE**

　　　Please take notice that Neal K. Katyal of Hogan Lovells US LLP hereby enters an appearance as counsel for Plaintiffs.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:　July 22, 2019　　　　　　　　　/s/ *Neal K. Katyal*
　　　　　　　　　　　　　　　　　　　Neal K. Katyal (DC Bar # 462071)
　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　555 Thirteenth Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-5600
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 637-5910
　　　　　　　　　　　　　　　　　　　neal.katyal@hoganlovells.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2019, this Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Date:  July 22, 2019

/s/ *Neal K. Katyal*
Neal K. Katyal (DC Bar # 462071)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com

*Attorney for Plaintiffs*