# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*<br><br>              Plaintiffs,<br><br>       v.<br><br>Donald J. Trump, in his official capacity as President of the United States, *et al.*<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-02117-TJK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Manoj G. Govindaiah of Refugee and Immigrant Center for Education and Legal Services hereby enters an appearance as counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services.

                                                            Respectfully submitted,

Date:   July 22, 2019               */s/ Manoj Govindaiah*
                                                            Manoj Govindaiah
                                                            REFUGEE AND IMMIGRANT CENTER FOR
                                                            EDUCATION AND LEGAL SERVICES
                                                            802 Kentucky Ave.
                                                            San Antonio, TX 78201
                                                            Telephone: (210) 787-3745
                                                            Fax: (210) 787-3745
                                                            manoj.govindaiah@raicestexas.org

                                                            *Attorney for Plaintiff Refugee and Immigrant*
                                                            *Center for Education and Legal Services*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2019, this Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

> */s/ Manoj Govindaiah*
> Manoj Govindaiah
> REFUGEE AND IMMIGRANT CENTER FOR
> EDUCATION AND LEGAL SERVICES
> 802 Kentucky Ave.
> San Antonio, TX 78201
> Telephone: (210) 787-3745
> Fax: (210) 787-3745
> manoj.govindaiah@raicestexas.org