UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## STATUS REPORT

Pursuant to this Court's order of July 25, 2019, that the parties meet, confer, and file a joint status report proposing how they would like to proceed in this matter, the parties hereby propose as follows:

The parties consent to hold in abeyance Plaintiffs' Motion for Preliminary Injunction while the preliminary injunction entered by the District Court for the Northern District of California in *East Bay Sanctuary Covenant v. Barr*, No. 19-cv-04073-JST (N.D. Cal. July 24, 2019), remains in full effect. Plaintiffs reserve the right to renew their Motion for Preliminary Injunction if the preliminary injunction entered by the district court in *East Bay* is stayed or vacated, in whole or in part.

Plaintiffs will amend their Complaint on or before August 6, 2019. *See* Fed. R. Civ. P. 15(a)(1) ("A party may amend its pleading once as a matter of course within . . . 21 days after serving it"). Plaintiffs intend to amend their Complaint to name as parties several asylum seekers subject to the challenged Rule. Plaintiffs may also make other amendments in light of

the preliminary views expressed by this Court in its oral ruling and the order entered by the court in *East Bay*.

The parties further propose the following schedule to brief cross-motions for summary judgment:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment (limited to 45 pages) | August 27 |
| Government's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion (limited to 45 pages) | September 17 |
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Government's Cross-Motion (limited to 25 pages) | September 24 |
| Government's Reply in Support of Cross-Motion (limited 25 pages) | October 1 |

The parties further propose that the Court hold a hearing on the parties' cross-motions for summary judgment one week after the conclusion of summary judgment briefing, or at its earliest convenience.

The government separately represents that it intends to seek a stay pending appeal of the preliminary injunction entered in *East Bay Sanctuary Covenant v. Barr*, No. 1:19-cv-04073-JST (N.D. Cal.), including emergency appellate relief if the *East Bay* district court does not grant its request for a stay.

The government also separately represents that given the parties' agreement to hold in abeyance Plaintiffs' Motion for Preliminary Injunction, the court need not decide the pending motion to participate as amicus curiae. However, given the court's order, Defendants, unless ordered otherwise, will file a brief response consistent with the court's order to do so by July 29, 2019.

July 29, 2019                                               Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         SCOTT G. STEWART
                                         Deputy Assistant Attorney General

                                         WILLIAM C. PEACHEY
                                         Director

                                   By: /s/ *Erez Reuveni*
                                         EREZ REUVENI
                                         Assistant Director
                                         Office of Immigration Litigation
                                         U.S. Department of Justice, Civil Division
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel: (202) 307-4293
                                         Email: Erez.R.Reuveni@usdoj.gov

                                         PATRICK GLEN
                                         Senior Litigation Counsel


                                         **HOGAN LOVELLS US LLP**

                                         /s/ Justin W. Bernick
                                         Justin W. Bernick

| | |
|---|---|
| Manoj Govindaiah | Neal K. Katyal (Bar No. 462071) |
| RAICES, Inc. | T. Clark Weymouth (Bar No. 391833) |
| 802 Kentucky Ave. | Craig A. Hoover (Bar No. 386918) |
| San Antonio, TX 78212 | Justin W. Bernick (Bar No. 988245) |
| Telephone: (210) 222-09642 | Mitchell P. Reich (Bar No. 1044671) |
| Facsimile: (210) 212-4856 | Elizabeth Hagerty (Bar No. 1022774) |
| manoj.govindaiah@raicestexas.org | Kaitlin Welborn (Bar No. 88187724) |
| | Heather A. Briggs** (Bar. No. 241719) |
| *Counsel for Plaintiff Refugee and Immigrant* | Michael J. West** (Bar No. 1616572) |
| *Center for Education and Legal Services, Inc.* | 555 Thirteenth Street NW |
| | Washington, DC 20004 |
| | Telephone: (202) 637-5600 |
| | Facsimile: (202) 637-5910 |
| Adina Appelbaum* (Bar No. 1026331) | neal.katyal@hoganlovells.com |
| CAPITAL AREA IMMIGRANTS' | t.weymouth@hoganlovells.com |

RIGHTS COALITION
1612 K Street NW, Suite 204
Washington, DC 20006
Telephone: (202) 899-1412
Facsimile: (202) 331-3341
adina@caircoalition.org

*Motion for admission forthcoming*

*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*

craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com
heather.briggs@hoganlovells.com
michael.west@hoganlovells.com

Thomas P. Schmidt*
Mohan Warusha Hennadige*
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com
mohan.warusha-hennadige@hoganlovells.com

*Motion for admission and pro hac vice application pending admission forthcoming*

**Motion for admission pending*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>                    Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

July 29, 2019                                                                       Respectfully submitted,

                                                                                        **HOGAN LOVELLS US LLP**

                                                                                        /s/ Justin W. Bernick
                                                                                        Justin W. Bernick
                                                                                       555 Thirteenth Street NW
                                                                                       Washington, DC 20004
                                                                                       Telephone: (202) 637-5600
                                                                                       Facsimile: (202) 637-5910
                                                                                       justin.bernick@hoganlovells.com