AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Capital Area Immigrants' Rights Coalition, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-02117 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs (Capital Area Immigrants' Rights Coalition, et al.)                                           .

Date:   08/12/2019

/s/ Patricia Stottlemyer
*Attorney's signature*

Patricia Stottlemyer (D.C. Bar No. 888252536)
*Printed name and bar number*

Human Rights First
805 15th Street NW, Suite 900
Washington, D.C. 20005
*Address*

stottlemyerp@humanrightsfirst.org
*E-mail address*

(202) 370-3317
*Telephone number*

(202) 543-5999
*FAX number*