# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE USING PSEUDONYMS AND UNDER SEAL

Pursuant to Local Rule of Civil Procedure 7(m), Plaintiffs' counsel have conferred with Defendants' counsel regarding Plaintiffs' pending Motion for Leave to File Using Pseudonyms and Under Seal (the "Motion"), which was filed on August 6, 2019. Dkt. 31. Defendants do not oppose Plaintiffs' Motion and consented to permit Plaintiffs to represent that position to the Court in the instant Response.

Dated: August 16, 2019

Respectfully submitted,

**HOGAN LOVELLS US LLP**

/s/ Justin W. Bernick

| | |
|---|---|
| Manoj Govindaiah<br>RAICES, INC.<br>802 Kentucky Ave.<br>San Antonio, TX 78212<br>Telephone: (210) 222-0964<br>Facsimile: (210) 212-4856<br>manoj.govindaiah@raicestexas.org<br><br>*Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.*<br><br>Adina Appelbaum* (Bar No. 1026331)<br>CAPITAL AREA IMMIGRANTS'<br>RIGHTS COALITION<br>1612 K Street NW, Suite 204<br>Washington, DC 20006<br>Telephone: (202) 899-1412<br>Facsimile: (202) 331-3341<br>adina@caircoalition.com<br><br>* *Motion for admission forthcoming*<br><br>*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*<br><br>Hardy Vieux (Bar No. 474762)<br>Patricia Stottlemyer (Bar No. 888252536)<br>HUMAN RIGHTS FIRST<br>805 15th Street, N.W., Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 547-5692<br>Facsimile: (202) 553-5999<br>vieuxh@humanrightsfirst.org<br>stottlemyerp@humanrightsfirst.org<br><br>*Counsel for Plaintiff Human Rights First* | Neal K. Katyal (Bar No. 462071)<br>T. Clark Weymouth (Bar No. 391833)<br>Craig A. Hoover (Bar No. 386918)<br>Justin W. Bernick (Bar No. 988245)<br>Mitchell P. Reich (Bar No. 1044671)<br>Elizabeth Hagerty (Bar No. 1022774)<br>Kaitlin Welborn (Bar No. 88187724)<br>Heather A. Briggs (Bar No. 241719)<br>Michael J. West* (Bar No. 1616572)<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br>neal.katyal@hoganlovells.com<br>t.weymouth@hoganlovells.com<br>craig.hoover@hoganlovells.com<br>justin.bernick@hoganlovells.com<br>mitchell.reich@hoganlovells.com<br>elizabeth.hagerty@hoganlovells.com<br>kaitlin.welborn@hoganlovells.com<br><br>Thomas P. Schmidt<br>Mohan Warusha Hennadige*<br>390 Madison Avenue<br>New York, NY 10017<br>Facsimile: (212) 918-3100<br>thomas.schmidt@hoganlovells.com<br>mohan.warusha-hennadige@hoganlovells.com<br><br>* *Motion for admission pending*<br><br>*Counsel for Plaintiffs* |

**AGREED AND ACKNOWLEDGED:**

/s/ Erez Reuveni
Assistant Director
Office of Immigration Litigation
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-4293
Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*