CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
     Plaintiff(s)

Civil Action No.  1:19-cv-02117-TJK

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, Alicia Balthazar _____, hereby state that:

On the 19th day of July _____, 2019 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

     U.S. Department of Homeland Security
     245 Murray Lane, SW
     Mailstop 0485
     Washington, DC 20528

I have received the receipt for the certified mail, No. 9414726699042968316983 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22nd day of July _____, 2019 .

I declare under penalty of perjury that the foregoing is true and correct.

8/13/19
_____
(Date)

_____
(Signature)

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 9414726699042968316983

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:03 am on July 22, 2019 in WASHINGTON, DC 20528.

## ⊘ Delivered

July 22, 2019 at 9:03 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo



U.S. Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ |

Sent To:

U.S. Department of Homeland
Security
245 Murray Lane SW
Mailstup 0485
Washington, DC 20528

PS Form 3800, April 2015

10,305 A

SEE REVERSE FOR INSTRUCTIONS

9414 7266 9904 2968 3169 83

CERTIFIED MAIL® ARTICLE NUMBER

NATIONAL CAPITAL
WASHINGTON DC

JUL 9 2019

Postmark
Here

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
    Plaintiff(s)

                                    Civil Action No. __1:19-cv-02117-TJK__

    vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __Alicia Balthazar_____, hereby state that:

On the __19th____ day of __July_____, __2019__, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

I have received the receipt for the certified mail, No. __9414726699042968317089_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __23rd____ day of _____July_____, __2019__.

I declare under penalty of perjury that the foregoing is true and correct.

__8/13/19_____                    _____
        (Date)                                    (Signature)

Return Receipt Article Number

9590 9266 9904 2968 3170 82

2. Certified Mail® Article Number

9414 7266 9904 2968 3170 89

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

1. Article Addressed to:

U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature     ☐ Agent   ☐ Addressee
X

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUL 23 2019

PS Form 3811, Facsimile, July 2015     Domestic Return Receipt

US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3170 89

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ |

Postmark
Here

JUL 19 2019
NATIONAL CAPITAL S.A.
WASHINGTON DC

Sent To:
U.s. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

PS Form 3800, April 2015          **SEE REVERSE FOR INSTRUCTIONS**

10.305A

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
    Plaintiff(s)

Civil Action No. 1:19-cv-02117-TJK
_____

    vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Alicia Balthazar _____, hereby state that:

On the 19th ____ day of July _____, 2019 ____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

    Executive Office for Immigration Review
    U.S. Department of Justice
    5107 Leesburg Pike
    Falls Church, VA 22041

I have received the receipt for the certified mail, No. 9414726699042968317072 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 22nd ____ day of July _____, 2019 ____.

I declare under penalty of perjury that the foregoing is true and correct.

8/13/19
_____
(Date)

_____
(Signature)

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 9414726699042968317072                    Remove ✕

Your item has been delivered to an agent at 9:04 am on July 22, 2019 in FALLS CHURCH, VA 22041.

## ⊘ Delivered

July 22, 2019 at 9:04 am
Delivered, To Agent
FALLS CHURCH, VA 22041

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                             ⌄

---

**Tracking History**                                                 ⌄

---

**Product Information**                                              ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3170 72

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

Sent To:

Executive Office for Immigration
Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

PS Form 3800, April 2015          **SEE REVERSE FOR INSTRUCTIONS**

10,305A                                         2

CO 249
Rev. 2 2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,

Plaintiff(s)

Civil Action No. _1:19-cv-02117-TJK_

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendant(s)

## AFFIDAVIT OF MAILING

I, _Alicia Balthazar_ , hereby state that:

On the _19th_ day of _July_ , _2019_ , I caused to be deposited in the
United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,
return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Immigration and Customs Enforcement
500 12th Street, SW
Washington, DC 20536

I have received the receipt for the certified mail, No. _9414726699042968316990_
(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant
on the _23rd_ day of _July_ , _2019_ .

I declare under penalty of perjury that the foregoing is true and correct.

_8/13/19_
(Date)

_[signature]_
(Signature)

Return Receipt Article Number

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9266 9904 2968 3169 93

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addre

B. Received by (Printed Name)

C. Date of Deliv

2. Certified Mail® Article Number

9414 7266 9904 2968 3169 90

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below          ☐ No

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

U. S. Immigration and customs Enforcement
500 12th St, SW
Washington, DC 20036

PS Form 3811, Facsimile, July 2015                    Domestic Return Receipt



9414 7266 9904 2968 3169 90

CERTIFIED MAIL® ARTICLE NUMBER

US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

JUL 19 2019

Postmark
Here

NATIONAL CAPITAL STATION
WASHINGTON DC 200

Sent To:

U.S. Immigration and Customs
Enforcement
500 12th St., SW
Washington, DC 20536

PS Form 3800, April 2015

10.305A

SEE REVERSE FOR INSTRUCTIONS

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
     Plaintiff(s)

                                          Civil Action No. ___1:19-cv-02117-TJK___

     vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, ___Alicia Balthazar_____, hereby state that:

On the ___19th____ day of ___July_____, ___2019___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

> Kevin McAleenan
> Department of Homeland Security
> 25 Murray Lane, SW
> Washington, DC 20528

I have received the receipt for the certified mail, No. ___9414726699042968317003_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the ___22nd____ day of _____July_____, ___2019__.

I declare under penalty of perjury that the foregoing is true and correct.

___8/13/19_____
          (Date)

_____
                   (Signature)

# USPS Tracking®

FAQs  >  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 9414726699042968317003

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:03 am on July 22, 2019 in WASHINGTON, DC 20528.

⊘ **Delivered**

July 22, 2019 at 9:03 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528

Get Updates ⌄

Feedback

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌄

---

**Product Information**                                           ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



U.S. Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance Coverage Provided

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ |

Postmark Here

JUL 1 9 2019

Sent To:
Kevin McAleenan
Department of Homeland Security
25 Murray Lane SW
Washington, DC 20528

9414 7266 9904 2968 3170 03
CERTIFIED MAIL® ARTICLE NUMBER

PS Form 3800, April 2015          SEE REVERSE FOR INSTRUCTIONS

10:30 BA

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
        Plaintiff(s)

                                        Civil Action No. _1:19-cv-02117-TJK_

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, _Alicia Balthazar_____, hereby state that:

On the _19th_____ day of _July_____, _2019___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

   James McHenry
   Executive Office for Immigration Review
   U.S. Department of Justice
   5107 Leesburg Pike
   Falls Church, VA 22041

I have received the receipt for the certified mail, No. _9414726699042968317027_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _22nd_____ day of _July_____, _2019_.

I declare under penalty of perjury that the foregoing is true and correct.


_8/13/19_____                    _[signature]_____
      (Date)                              (Signature)

Return Receipt Article Number

9590 9266 9904 2968 3170 20

2. Certified Mail® Article Number

9414 7266 9904 2968 3170 27

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

James McHenry, EOIR
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

PS Form 3811, Facsimile, July 2015   Domestic Return Receipt

10.305A

# USPS Tracking®

FAQs  ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  ✛

**Tracking Number:** 9414726699042968317027

Remove ✕

Your item has been delivered to an agent at 9:04 am on July 22, 2019 in FALLS CHURCH, VA 22041.

## ⊘ **Delivered**

July 22, 2019 at 9:04 am
Delivered, To Agent
FALLS CHURCH, VA 22041

Get Updates ⌄

Feedback

---

**Text & Email Updates**      ⌄

---

**Tracking History**      ⌄

---

**Product Information**      ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback



**US Postal Service®**

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER
9414 7266 9904 2968 3170 27

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

Postmark Here

Sent To:
James McHenry, EOIR
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

PS Form 3800, April 2015                    **SEE REVERSE FOR INSTRUCTIONS**

10.305A

2

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,

Plaintiff(s)

Civil Action No. __1:19-cv-02117-TJK__

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendant(s)

## AFFIDAVIT OF MAILING

I, __Alicia Balthazar_____, hereby state that:

On the __19th____ day of __July_____, __2019____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

> John P. Sanders
> U.S. Customs and Border Protection
> 1300 Pennsylvania Avenue, NW
> MS: 1345
> Washington, DC 20229

I have received the receipt for the certified mail, No. __9414726699042968317034__

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __22nd__ day of __July_____, __2019__.

I declare under penalty of perjury that the foregoing is true and correct.

__8/13/19_____

(Date)

_____

(Signature)

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 9414726699042968317034                   Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:04 am on July 22, 2019 in WASHINGTON, DC 20229.

## ⊘ Delivered

July 22, 2019 at 9:04 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



US Postal Service®

**Certified Mail® Receipt**

*Domestic Mail Only
No Insurance
Coverage Provided*

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3170 34

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

Sent To:
John P. Sanders
U.S. Customs and Border
Protection
1300 Pennsylvania Ave, NW
MS: 1345
Washington, DC 20229

PS Form 3800, April 2015

**SEE REVERSE FOR INSTRUCTIONS**

10.305A

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
     Plaintiff(s)

Civil Action No. _1:19-cv-02117-TJK_

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, _Alicia Balthazar_____, hereby state that:

On the _19th_____ day of _July_____, _2019___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

     Donald J. Trump
     The White House
     1600 Pennsylvania Avenue, NW
     Washington, DC 20500

I have received the receipt for the certified mail, No. _9414726699042968317041_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __25th____ day of ___July_____, _2019_.

I declare under penalty of perjury that the foregoing is true and correct.

_8/13/19_____
(Date)

_____
(Signature)

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9414726699042968317041

Remove ✕

Your item was delivered at 3:58 am on July 25, 2019 in WASHINGTON, DC 20500.

## ⊘ Delivered

July 25, 2019 at 3:58 am
Delivered
WASHINGTON, DC 20500

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



US Postal Service®
**Certified Mail® Receipt**
Domestic Mail Only
No Insurance
Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER
9414 7266 9904 2968 3170 41

| | | |
|---|---|---|
| Postage | $ | |
| Certified Mail Fee | $ | |
| Return Receipt Fee (Endorsement Required) | $ | |
| Restricted Delivery Fee (Endorsement Required) | $ | |
| Total Postage & Fees | $ | |

Sent To:
Donald J. Trump
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

PS Form 3800, April 2015

SEE REVERSE FOR INSTRUCTIONS

10,305A

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
Plaintiff(s)

Civil Action No. _1:19-cv-02117-TJK_

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, _Alicia Balthazar_____, hereby state that:

On the _19th_ day of _July_____, _2019_, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

> U.S. Citizenship and Immigration Services
> 20 Massachusetts Avenue, NW
> Washington, DC 20529

I have received the receipt for the certified mail, No. _9414726699042968317058_

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _22nd_ day of _July_____, _2019_.

I declare under penalty of perjury that the foregoing is true and correct.

_8/13/19_____
(Date)

_[signature]_____
(Signature)

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 9414726699042968317058

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:03 am on July 22, 2019 in WASHINGTON, DC 20529.

## ⊘ Delivered

July 22, 2019 at 9:03 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



US Postal Service®

**Certified Mail® Receipt**

*Domestic Mail Only
No Insurance
Coverage Provided*

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3170 58

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ |

Postmark Here

JUL 19 2019

Sent To:
U.S. Citizenship and Immigration
Services
20 Massachusetts Ave, NW
Washington, DC 20529

PS Form 3800, April 2015          SEE REVERSE FOR INSTRUCTIONS

10.305A

2

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
　　　Plaintiff(s)

Civil Action No. ___1:19-cv-02117-TJK___

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
　　　Defendant(s)

## AFFIDAVIT OF MAILING

I, __Alicia Balthazar_____, hereby state that:

On the __19th____ day of __July_____, __2019___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

> Matthew Albence
> Immigration and Customs Enforcement
> 500 12th Street, SW
> Washington, DC 20536

I have received the receipt for the certified mail, No. __9414726699042968316938_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __22nd___ day of _____July_____, __2019___.

I declare under penalty of perjury that the foregoing is true and correct.

__8 | 13 | 19_____　　　　　　　__(signature)_____
　　　(Date)　　　　　　　　　　　　　　　(Signature)

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9414726699042968316938

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:02 am on July 22, 2019 in WASHINGTON, DC 20536.

## ⊘ Delivered

July 22, 2019 at 9:02 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fg**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER  9414 7266 9904 2968 3169 38

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

NATIONAL CAPITAL STATION
WASHINGTON DC 2000
JUL 19 2019
Postmark
Here

Sent To:
Matthew Albence
Immigration and Customs
enforcement
500 12th St. SW
Washington, DC 20536

PS Form 3800, April 2015

**SEE REVERSE FOR INSTRUCTIONS**

10.305A

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,

Plaintiff(s)

Civil Action No. 1:19-cv-02117-TJK

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendant(s)

### AFFIDAVIT OF MAILING

I, Alicia Balthazar , hereby state that:

On the 19th day of July , 2019 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

I have received the receipt for the certified mail, No. 9414726699042968316945

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 23rd day of July 2019 .

I declare under penalty of perjury that the foregoing is true and correct.

8/13/19

(Date)

(Signature)

Return Receipt Article Number

9590 9266 9904 2968 3169 48

2. Certified Mail® Article Number

9414 7266 9904 2968 3169 45

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

William Barr
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

*Early Ann*

JUL 23 2019

PS Form 3811, Facsimile, July 2015     Domestic Return Receipt



US Postal Service®

**Certified Mail® Receipt**

Domestic Mail Only
No Insurance
Coverage Provided

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3169 45

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

NATIONAL CAPITAL
JUL 1 9 2019
Postmark Here

Sent To:

William Barr
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

PS Form 3800, April 2015                     **SEE REVERSE FOR INSTRUCTIONS**

10.305 A                                              2

CO 249
Rev. 2 2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
     Plaintiff(s)

                                        Civil Action No.  1:19-cv-02117-TJK
                                             _____

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, ___Alicia Balthazar_____, hereby state that:

On the ___19th_____ day of ___July_____, ___2019___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

       U.S. Customs and Border Protection
       1300 Pennsylvania Avenue, NW
       Washington, DC 20229

I have received the receipt for the certified mail, No. ___9414726699042968316952___

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the ___22nd____ day of _____July_____, ___2019__.

I declare under penalty of perjury that the foregoing is true and correct.

___8|13|19_____
      (Date)

_____
      (Signature)

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9414726699042968316952

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:04 am on July 22, 2019 in WASHINGTON, DC 20229.

## ⊘ Delivered

July 22, 2019 at 9:04 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229

Get Updates ∨

Feedback

| Text & Email Updates | ∨ |
| --- | --- |

| Tracking History | ∨ |
| --- | --- |

| Product Information | ∨ |
| --- | --- |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Feedback

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**
**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.



US Postal Service®

**Certified Mail® Receipt**

*Domestic Mail Only*
*No Insurance*
*Coverage Provided*

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3169 52

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| **Total Postage & Fees** | $ |

Postmark Here

JUL 1 9 2019

Sent To:

U.S. Customs and Border
Protection
1300 Pennsylvania Ave, NW
Washington, DC 20229

PS Form 3800, April 2015

**SEE REVERSE FOR INSTRUCTIONS**

2

10.305A

CO 249
Rev. 2 2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, et al.,
_____
Plaintiff(s)

Civil Action No. 1:19-cv-02117-TJK

vs.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Alicia Balthazar _____, hereby state that:

On the 19th day of July _____, 2019, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Kenneth Cuccinelli
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue, NW
Room 4210, MS: 2120
Washington, DC 20529

I have received the receipt for the certified mail, No. 9414726699042968316976 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22nd day of July _____, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

8/13/19
_____
(Date)

_____
(Signature)

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9414726699042968316976

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:03 am on July 22, 2019 in WASHINGTON, DC 20529.

## ⊘ Delivered

July 22, 2019 at 9:03 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback

US Postal Service®

**Certified Mail® Receipt**

*Domestic Mail Only*
*No Insurance Coverage Provided*

| | |
|---|---|
| Postage | $ |
| Certified Mail Fee | $ |
| Return Receipt Fee (Endorsement Required) | $ |
| Restricted Delivery Fee (Endorsement Required) | $ |
| Total Postage & Fees | $ |

CERTIFIED MAIL® ARTICLE NUMBER

9414 7266 9904 2968 3169 76

Postmark Here

JUL 1 9 2019

JUL 1 9 2019

Sent To:

Kenneth Cuccinelli
U.S. Citizenship and Immigration
Services
20 Massachusetts Ave, NW
Room 4210, MS: 2120
Washington, DC 20529

PS Form 3800, April 2015

10.306A

SEE REVERSE FOR INSTRUCTIONS