UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Civil Action No. 1:19-cv-02117-TJK |
| I.A., *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>      Defendants. | Civil Action No. 1:19-cv-02530-TJK |

**JOINT STATEMENT ON SCHEDULING CONCERNING
PLAINTIFFS' MOTIONS FOR PRELIMINARY INUNCTION**

   In light of the District Court for the Northern District of California's order reinstating the scope of injunctive relief in *East Bay Sanctuary Covenant et al. v. Barr et al.*, Case No. 19-cv-04073-JST, ECF No. 73, and this Court's minute order of September 9, 2019, the parties hereby respectfully request and state as follows:

   1.  The parties in *CAIR Coalition v. Trump* and *I.A. v. Barr* jointly and respectfully request that this Court hold in abeyance plaintiffs' motions for preliminary injunction.

2.      In the event that the injunction issued by District Court in *East Bay* is stayed in whole or in part, the parties will promptly confer to discuss a schedule for any renewed motions for preliminary injunction.

3.      Within two days of the Supreme Court's decision on the application for a stay pending appeal in *Barr* et al. *v. East Bay Sanctuary Covenant et al.*, No. 19A230, the parties will confer and propose a schedule concerning cross-motions for summary judgment in *CAIR Coalition v. Trump* and *I.A. v. Barr*.

September 9, 2019                                       Respectfully submitted,

                                                             JOSEPH H. HUNT
                                                             Assistant Attorney General

                                                             SCOTT G. STEWART
                                                            Deputy Assistant Attorney General

                                                             WILLIAM C. PEACHEY
                                                           Director

                                             By: /s/ *Erez Reuveni*
                                                           EREZ REUVENI
                                                           Assistant Director
                                                           Office of Immigration Litigation
                                                           U.S. Department of Justice, Civil Division
                                                           P.O. Box 868, Ben Franklin Station
                                                           Washington, DC 20044
                                                           Tel: (202) 307-4293
                                                           Email: Erez.R.Reuveni@usdoj.gov

                                                           PATRICK GLEN
                                                           Senior Litigation Counsel

                                                           *Counsel for Defendants*

<table>
<tr><td>

Manoj Govindaiah
RAICES, INC.
802 Kentucky Ave.
San Antonio, TX 78212
Telephone: (210) 222-0964
Facsimile: (210) 212-4856
manoj.govindaiah@raicestexas.org

*Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.*

Adina Appelbaum* (Bar No. 1026331)
CAPITAL AREA IMMIGRANTS'
RIGHTS COALITION
1612 K Street NW, Suite 204
Washington, DC 20006
Telephone: (202) 899-1412
Facsimile: (202) 331-3341
adina@caircoalition.com

*\* Motion for admission forthcoming*

*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*

Hardy Vieux (Bar No. 474762)
Patricia Stottlemyer (Bar No. 888252536)
HUMAN RIGHTS FIRST
805 15th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 547-5692
Facsimile: (202) 553-5999
vieuxh@humanrightsfirst.org
stottlemyerp@humanrightsfirst.org

*Counsel for Plaintiff Human Rights First*

</td><td>

**HOGAN LOVELLS US LLP**

/s/ Justin W. Bernick

Neal K. Katyal (Bar No. 462071)
T. Clark Weymouth (Bar No. 391833)
Craig A. Hoover (Bar No. 386918)
Justin W. Bernick (Bar No. 988245)
Mitchell P. Reich (Bar No. 1044671)
Elizabeth Hagerty (Bar No. 1022774)
Kaitlin Welborn (Bar No. 88187724)
Heather A. Briggs (Bar No. 241719)
Michael J. West (Bar No. 1616572)
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com
heather.briggs@hoganlovells.com
michael.west@hoganlovells.com

Thomas P. Schmidt
Mohan Warusha Hennadige
390 Madison Avenue
New York, NY 10017
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com
mohan.warusha-hennadige@hoganlovells.com

*Counsel for CAIR Coalition Plaintiffs*

</td></tr>
</table>

Katrina Eiland*
Cody Wofsy*
Julie Veroff*
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for I.A. Plaintiffs*
*\*Pro hac vice application forthcoming*

/s/ Celso J. Perez
Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt*
Omar Jadwat*
Anand Balakrishnan*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Charles George Roth*
Keren Hart Zwick*
Gianna Borroto*
NATIONAL IMMIGRANT JUSTICE
CENTER
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
(312) 660-1370

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

September 9, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HOGAN LOVELLS US LLP**

　　　　　　　　　　　　　　　　　　　　/s/ Justin W. Bernick
　　　　　　　　　　　　　　　　　　　　Justin W. Bernick
　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-5600
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 637-5910
　　　　　　　　　　　　　　　　　　　　justin.bernick@hoganlovells.com