UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-02117-TJK |
| I.A., *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-02530-TJK |

**JOINT STATEMENT ON SCHEDULING CONCERNING
SUMMARY JUDGMENT PROCEEDINGS**

In light of the Supreme Court's order granting the government's application for stay pending appeal in *Barr et al. v. East Bay Sanctuary Covenant et al.*, No. 19A230, and this Court's minute order of September 9, 2019, the parties hereby respectfully request and state as follows:

  1.  The parties jointly and respectfully request that the parties' briefs concerning plaintiffs' motions for preliminary injunction be treated as briefs in support of cross-motions for

1

summary judgment.[1]  The plaintiffs added in the amended complaint in *I.A. et al. v. Barr et al.*, *see* ECF No. 23 ¶¶ 25-29, shall be understood to be included in the *I.A.* plaintiffs' cross-motion for summary judgment.

2. Defendants request that each party be allowed to file supplemental briefs in support of their motions for summary judgement, limited to 10 pages for each set of Plaintiffs and 20 pages for Defendants (in a consolidated filing).  Defendants believe that supplemental briefs are necessary to allow the parties to address non-duplicative issues including: procedural or factual developments since the preliminary-injunction briefs were filed; the legal standards applicable at summary judgment, which were not addressed in the preliminary-injunction briefing; the *I.A.* amended complaint's addition of more plaintiffs; and remedial considerations relevant at the summary-judgment stage.

3. Defendants respectfully request that the Court set the following schedule for the parties' cross-motions for summary judgment:

- Each party will file a statement of undisputed material facts on October 4, 2019.

- Each party will file a response to opposing parties' statements of undisputed material facts on October 16, 2019.

- Each party will file their supplemental brief on October 25, 2019.

- Defendants request that the Court hold a hearing on the parties' cross-motions for summary judgment on November 1, 2019, or any date thereafter convenient for the Court.

4. Plaintiffs respectfully request that the Court set the following schedule for the

---

[1] Because Defendants' motion will raise threshold jurisdictional arguments, the parties also jointly request that this Court hold Defendants' answer deadline in abeyance pending adjudication of the motions for summary judgment.

parties' cross-motions for summary judgment:

- Each party will file a statement of undisputed material facts on September 27, 2019.

- Each party will file a response to opposing parties' statements of undisputed material facts on October 4, 2019.

- Defendants will file their supplemental brief on September 27, 2019, and Plaintiffs will file their supplemental briefs on October 4, 2019.

- Plaintiffs request that the Court hold a hearing on the parties' cross-motions for summary judgment on October 11, 2019, or any date thereafter convenient for the Court.

Plaintiffs believe that it is appropriate that the case proceed expeditiously given that the challenged Rule is currently in effect. Additionally, should the Court grant Defendants' request for supplemental briefs, Plaintiffs believe that it is appropriate that they be given an opportunity to respond to Defendants' supplemental brief, rather than be required to file a simultaneous supplemental brief.

September 16, 2019    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

LAUREN C. BINGHAM
PATRICK GLEN
Senior Litigation Counsel

*Counsel for Defendants*

| | |
|---|---|
| | **HOGAN LOVELLS US LLP** |
| | /s/ Justin W. Bernick |
| Manoj Govindaiah | Neal K. Katyal (Bar No. 462071) |
| RAICES, INC. | T. Clark Weymouth (Bar No. 391833) |
| 802 Kentucky Ave. | Craig A. Hoover (Bar No. 386918) |
| San Antonio, TX 78212 | Justin W. Bernick (Bar No. 988245) |
| Telephone: (210) 222-0964 | Mitchell P. Reich (Bar No. 1044671) |
| Facsimile: (210) 212-4856 | Elizabeth Hagerty (Bar No. 1022774) |
| manoj.govindaiah@raicestexas.org | Kaitlin Welborn (Bar No. 88187724) |
| | Heather A. Briggs (Bar No. 241719) |
| *Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.* | Michael J. West (Bar No. 1616572) |
| | 555 Thirteenth Street NW |
| | Washington, DC 20004 |
| Adina Appelbaum* (Bar No. 1026331) | Telephone: (202) 637-5600 |
| CAPITAL AREA IMMIGRANTS' | Facsimile: (202) 637-5910 |
| RIGHTS COALITION | neal.katyal@hoganlovells.com |
| 1612 K Street NW, Suite 204 | t.weymouth@hoganlovells.com |
| Washington, DC 20006 | craig.hoover@hoganlovells.com |
| Telephone: (202) 899-1412 | justin.bernick@hoganlovells.com |
| Facsimile: (202) 331-3341 | mitchell.reich@hoganlovells.com |
| adina@caircoalition.com | elizabeth.hagerty@hoganlovells.com |
| | kaitlin.welborn@hoganlovells.com |
| * *Motion for admission forthcoming* | heather.briggs@hoganlovells.com |
| | michael.west@hoganlovells.com |
| *Counsel for Plaintiff Capital Area Immigrants' Rights Coalition* | |
| | Thomas P. Schmidt |
| | Mohan Warusha Hennadige |
| Hardy Vieux (Bar No. 474762) | 390 Madison Avenue |
| Patricia Stottlemyer (Bar No. 888252536) | New York, NY 10017 |
| HUMAN RIGHTS FIRST | Facsimile: (212) 918-3100 |
| 805 15th Street, N.W., Suite 900 | thomas.schmidt@hoganlovells.com |
| Washington, D.C. 20005 | mohan.warusha- |
| Telephone: (202) 547-5692 | hennadige@hoganlovells.com |
| Facsimile: (202) 553-5999 | |
| vieuxh@humanrightsfirst.org | |
| stottlemyerp@humanrightsfirst.org | *Counsel for CAIR Coalition Plaintiffs* |
| | |
| *Counsel for Plaintiff Human Rights First* | |

Katrina Eiland*
Cody Wofsy*
Julie Veroff*
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0774

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, D.C. 20005
(202) 457-0800

*Attorneys for I.A. Plaintiffs*
*\*Pro hac vice application forthcoming*

/s/ Celso J. Perez
Celso J. Perez (D.C. Bar No. 1034959)
Lee Gelernt*
Omar Jadwat*
Anand Balakrishnan*
American Civil Liberties Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2600

Charles George Roth*
Keren Hart Zwick*
Gianna Borroto*
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
(312) 660-1370

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 1:19-cv-02117-TJK |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

September 16, 2019

Respectfully submitted,

**HOGAN LOVELLS US LLP**

/s/ Justin W. Bernick
Justin W. Bernick
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com