AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Capital Area Immigrants' Rights Coalition, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-02117 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs in Case No. 1:19-cv-02117 (Capital Area Immigrants' Rights Coalition, et al.)                    .

Date:      11/15/2019

/s/ Thomas P. Schmidt
*Attorney's signature*

Thomas P. Schmidt (# NY0307)
*Printed name and bar number*
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

*Address*

thomas.schmidt@hoganlovells.com
*E-mail address*

(212) 918-5547
*Telephone number*

(212) 918-3100
*FAX number*