**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-02117-TJK |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned, Elizabeth Hagerty, hereby withdraws her appearance as co-counsel for Plaintiffs Capital Area Immigrants' Rights Coalition, Refugee and Immigrant Center for Education and Legal Services, Inc. ("RAICES"), Human Rights First ("HRF"), Z.B.M., C.C.R.O., Y.G.C., D.L.R., N.G.R.L., M.Y.R.B., W.M.R.O., J.M.M., and K.M.V.M. in the above-referenced case. No substitution of counsel is necessary, as Neal Katyal, Craig Hoover, Justin Bernick, T. Clark Weymouth, Mitchell Reich, Kaitlin Welborn, and Thomas Schmidt of Hogan Lovells, Manoj Govindaiah of RAICES, and Hardy Vieux and Patricia Stottlemyer of HRF will continue to represent Plaintiffs in this matter.

| | |
|---|---|
| Dated: January 2, 2020 | Respectfully submitted, <br><br> /s/ Elizabeth Hagerty <br> Elizabeth Hagerty (DC Bar No. 1022774) <br> HOGAN LOVELLS US LLP <br> 555 Thirteenth Street NW <br> Washington, DC 20004 <br> Tel. (202) 637-3231 <br> Fax (202) 637-5910 <br> elizabeth.hagerty@hoganlovells.com <br><br> *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Elizabeth Hagerty
Elizabeth Hagerty (DC Bar No. 1022774)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel. (202) 637-3231
Fax (202) 637-5910
elizabeth.hagerty@hoganlovells.com