**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-02117-TJK |

**DEFENDANTS' NOTICE OF PLAINTIFF J.M.M.'S UPCOMING REMOVAL**

Defendants hereby notify the Court that removal proceedings, in which the Rule[1] at issue in this case was applied, have concluded for Plaintiff J.M.M., she did not appeal, and the time for an appeal has lapsed. Therefore, her order of removal is final. Accordingly, Defendants notify the Court that currently, she is scheduled to be removed in the next week.

Dated: March 20, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

*s/Lauren C. Bingham*
LAUREN C. BINGHAM
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

---

[1] Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019).

        Tel: (202) 616-4458
        Email: lauren.c.bingham@usdoj.gov

        *Attorneys for Defendants*