UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2117 (TJK) |
| I.A. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM BARR *et al.*,<br><br>*Defendants*. | Civil Action No. 19-2530 (TJK) |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, *Capital Area Immigrants' Rights Coalition (CAIR) v. Trump,* No. 19-cv-2117, ECF No. 72 (D.D.C. June 30, 2020), *I.A. v. Barr*, No. 19-cv-2530, ECF No. 55 (D.D.C. June 30, 2020), it is hereby **ORDERED** that Plaintiffs' Motions for Summary Judgment, *CAIR* ECF No. 41, *I.A.* ECF No. 6, are **GRANTED**; it is further

**ORDERED** that Defendants' Cross-Motions for Summary Judgment, *CAIR* ECF No. 43, *I.A.* ECF No. 17, are **DENIED**; and it is further

**ORDERED** that the interim final rule, Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019), is **VACATED.**

This is a final, appealable Order.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 30, 2020