UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Civil Action No. 1:19-cv-02117-TJK |
| I.A., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, *et al.*,<br><br>      Defendants. | Civil Action No. 1:19-cv-02530 |

**NOTICE OF APPEAL**

    Defendants hereby appeal from the Court's orders in No. 19-2117 and 19-2530 granting summary judgment to Plaintiffs. Specifically, Defendants appeal the order and memorandum opinion at docket numbers 71 and 72 in 19-2117 and the order and memorandum opinion at docket numbers 54 and 55 in 19-2530.

//

//

1

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

*s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 306-4293
Email: Erez.R.Reuveni@usdoj.gov

LAUREN C. BINGHAM
PATRICK GLEN
Senior Litigation Counsel

Dated: August 28, 2020                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ Erez Reuveni
EREZ REUVENI