# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Civil Action No.: 1:19-cv-02117-TJK |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW PATRICIA STOTTLEMYER AS COUNSEL

Pursuant to Local Rule 83.6(c), Patricia Stottlemyer hereby moves to withdraw her appearance as co-counsel for Plaintiffs Capital Area Immigrants' Rights Coalition, Refugee and Immigrant Center for Education and Legal Services, Inc. ("RAICES"), Human Rights First, Z.B.M., C.C.R.O., Y.G.C., D.L.R., N.G.R.L., M.Y.R.B., W.M.R.O., J.M.M., and K.M.V.M. in the above-referenced case. No substitution of counsel is necessary, as Neal Katyal, CraigHoover, Justin Bernick, T. Clark Weymouth, Mitchell Reich, and Thomas Schmidt of Hogan Lovells, and Manoj Govindaiah of RAICES will continue to represent Plaintiffs in this matter.

**WHEREFORE**, Ms. Stottlemyer respectfully moves the Court to enter an order granting her withdrawal as co-counsel.

Date: August 12, 2021                    Respectfully submitted,

/s/ Patricia Stottlemyer

Patricia Stottlemyer
HUMAN RIGHTS FIRST
805 15th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 547-5692
stottlemyerp@humanrightsfirst.org

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Civil Action No.:  1:19-cv-02117-TJK |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

# [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw Patricia Stottlemyer As Counsel in this case, **IT IS ORDERED** that the Motion is GRANTED.

Dated:_____.

_____
UNITED STATES DISTRICT COURT JUDGE

2

## CERTIFICATE OF SERVICE

    I certify that, on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Date: August 12, 2021 | /s/ Patricia Stottlemyer<br>Patricia Stottlemyer<br>HUMAN RIGHTS FIRST<br>805 15th Street, N.W., Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 547-5692<br>stottlemyerp@humanrightsfirst.org |